**In the Interest of T.R.S.W.**

**No. WD 58815.**

Missouri Court of Appeals,
Western District.

June 29, 2001.

Jack Lewis, Kansas City, MO, for Appellant.

Max Von Erdmannsdorff, Kansas City, MO, for Respondent.

Before JAMES M. SMART., Presiding Judge, HAROLD L. LOWENSTEIN, Judge, and FOREST W. HANNA, Senior Judge.

**ORDER**

The father appeals the juvenile court's judgment terminating his parental rights. Judgment affirmed. Rule 84.16(b).

Denise M. Anderson and Glenn B. Brown, Kansas City, MO, Attorneys for Appellant.

William C. Martucci and Kevin M. Smith, Kansas City, MO, Attorneys for Respondent.

Before EDWIN H. SMITH, P.J., and SMART and HOWARD, JJ.

**Order**

PER CURIAM.

Deborah Pennington appeals the judgment of the circuit court finding for her and awarding her compensatory damages of $2,160 and attorney's fees of $7,500 on her claim against her former employer, the respondent, Copy-Rite Printing and Office Supply, Inc., for sexual harassment under the Missouri Human Rights Act (MHRA), §§ 213.010–213.137, and finding against her on her MHRA retaliation claim for terminating her employment.

Judgment affirmed. Rule 84.16(b).